UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------X   Chapter   7

IN RE:   RUTH ELIZABETH LITUMA VELIN

Case No.:   8:25-bk-70092

Debtor(s)   STATEMENT PURSUANT TO LOCAL RULE 2017

-----------------------------------------------X

I, Roberto Pagan-Lopez 4978391 , an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| 11/08/2024 - 1 hour | Initial interview, analysis of financial condition, etc. |
| 11/25/2024 - 1 hour<br>12/10/2024 - 30 min<br>12/19/2024 - 20 min<br>12/30/2024 - 25 min<br>01/10/2024 - 1 hour | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ __3,000.00__.

Dated:

/s/ Roberto Pagan-Lopez

Roberto Pagan-Lopez 4978391
Attorney for debtor(s)
Pagan Lopez Law
28-07 Jackson Ave.
Tower Three Jackson, 5th Floor

Long Island City, NY 11101
(646) 216-8881   Fax:(646) 490-2159
rpagan@paganlopezlaw.com